# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HUBERT D. HILL, #N47639,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MADISON COUNTY, ILLINOIS,  )<br>and RANDY YOUNG,  )<br>  )<br>Defendants.  ) | Case No. 19-cv-00555-JPG |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under the provisions of 28 U.S.C. § 1915(g).

**DATED**: 1/21/2020

MARGARET M. ROBERTIE, CLERK

By: s/ Tanya Kelley
    Deputy Clerk

APPROVED: s/ J. Phil Gilbert
          J. PHIL GILBERT
          United States District Judge